1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL S. SALTZMAN,           )<br>                                            )<br>              Petitioner,         )<br>                                            )<br>       v.                                 )<br>                                            )<br>ARNOLD,                             )<br>SCHWARZENEGGER, Warden, )<br>                                            )<br>              Respondent.      )<br>_____ ) | Case No. CV 08-4299-VBF  (OP)<br><br>ORDER ADOPTING FINDINGS,<br>CONCLUSIONS, AND<br>RECOMMENDATIONS OF<br>UNITED STATES MAGISTRATE<br>JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, all the records and files herein, the Report and Recommendation of the United States Magistrate Judge, and the objections filed by Petitioner, de novo. The court concurs with and adopts the findings, conclusions, and recommendations of the Magistrate Judge,

/ / /

/ / /

/ / /

1    IT IS ORDERED that Judgment be entered: (1) approving and adopting this
2  Report and Recommendation; (2) denying Respondent's Motion to Dismiss as moot;
3  and (3) directing that Judgment be entered denying the First Amended Petition and
4  dismissing this action with prejudice.

6  DATED: June 24, 2010
    _____
    HONORABLE VALERIE BAKER FAIRBANK
    United States District Judge

Prepared by:

_____
HONORABLE OSWALD PARADA
United States Magistrate Judge